UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the MICHIGAN CARPENTERS'
COUNCIL PENSION FUND, *et al.,*

               Plaintiffs,

                                                Case No. 1:21-cv-00287
                                                Hon. Hala Y. Jarbou
v.                                             Magistrate Philip J. Green

HAMMER COMMERCIAL INTERIORS, LLC,

               Defendant.
_____/

| HOPE L. CALATI (P54426) | DAVID A. MALINOWSKI (P72076) |
|---|---|
| JOSEPH W. UHL (P68990) | Novara Tesija Catenacci McDonald & |
| Watkins, Pawlick, Calati & Prifti, PC | Baas, PLLC |
| Attorney for Plaintiffs | Attorneys for Non-Party Union |
| 1423 E. 12 Mile Road | 888 W. Big Beaver, Suite 600 |
| Madison Heights, MI 48071 | Troy, MI 48084 |
| (248) 658-0800 | (248) 354-0380; Fax (248) 250-9927 |
| hcalati@wpcplaw.com | dam@novaralaw.com |

_____/

**ORDER GRANTING STIPULATED MOTION FOR
ENTRY OF ORDER RESOLVING GARNISHMENT AND
CLAIMS MADE BY NON-PARTY UNION**

      Plaintiffs and Non-Party Michigan Regional Council of Carpenters Union ("MRCC"), having stipulated to entry of an Order directing Garnishee Clark Construction Services, LLC to distribute the $23,776.86 withheld by the Garnishee in part to MRCC on behalf of MRCC members in payment of wages and in part to Plaintiffs to be applied to the judgment indebtedness,

1

IT IS HEREBY ORDERED that:

- Garnishee is directed to issue payment to MRCC of $9,979.20 on behalf of MRCC members in payment of wages; and

- Garnishee is directed to issue payment to Plaintiffs of the balance of the withheld funds, an amount no less than $13,797.66, to be applied to the judgment indebtedness.

Dated: __February 10__, 2022

_/s/ Hala Y. Jarbou_____
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE